IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MOUSSA MOISE HABA, )
)
Plaintiff, )
v. ) Civil Action No. 3:20CV751–HEH
)
COLONEL PERRY, *et al.*, )
)
Defendants. )

**MEMORANDUM OPINION**
**(Dismissing Civil Rights Action Without Prejudice)**

By Memorandum Order entered on November 9, 2020, the Court conditionally docketed Plaintiff's action. The Court directed Plaintiff to return an *in forma pauperis* affidavit the Court was sending to him. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return the *in forma pauperis* affidavit. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall issue.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Dec. 17, 2020
Richmond, Virginia